# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-3220

———————————————

HERSHEL WALKER,

Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

Respondent.

———————————————

Petition for Writ of Certiorari – Original Jurisdiction.

January 2, 2018

PER CURIAM.

DISMISSED.

WOLF, ROWE, and WINSOR, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Hershel Walker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.